# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

April 24, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:    Request for a Level 1 (30-day) extension in *Neese v. Becerra*, No. 23-10078**

Dear Mr. Cayce:

Appellees Susan Neese and James Hurly respectfully request a Level 1 (30-day) extension to file their answering brief. This request is unopposed. The brief is currently due on Wednesday, April 26, 2023, and the requested extension will move the deadline to Friday, May 26, 2023.

The appellees are requesting this extension because their counsel's workload during the month of April will make it difficult, if not impossible, to complete the brief by the current due date. This extension is not being sought for purposes of delay, but so that counsel will have time to prepare a brief that will be helpful to this Court.

Counsel has not sought any previous extensions in this matter, and the request is unopposed.

Thank you for considering this.

Sincerely,

*[signature: Jonathan F. Mitchell]*

Jonathan F. Mitchell
Mitchell Law PLLC
*Counsel for Appellees Susan Neese, et al.*

cc: All counsel (via CM/ECF)