# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

May 11, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:    Request for a Level 1 (15-day) extension in *Neese v. Becerra*, No. 23-10078**

Dear Mr. Cayce:

Appellees Susan Neese and James Hurly respectfully request a Level 1 (15-day) extension to file their answering brief. This request is unopposed. The brief is currently due on Thursday, May 11, 2023, and the requested extension will move the deadline to Friday, May 26, 2023. The original due date was April 26, 2023, so the requested extension remains within the Level 1 category.

The appellees previously requested a 30-day extension from the original due date on account of counsel's heavy workload during the month of April and May, but the clerk's office granted only half of the requested extension because counsel's letter to Mr. Cayce failed to describe in sufficient detail the competing responsibilities facing counsel during those months. *See* ECF No. 31. Counsel had nonetheless hoped to finish the brief by the current due date of May 11, 2023, and has made considerable progress toward finishing the brief, but his responsibilities in other cases during the months of April and May have made that impossible.

Specifically, counsel has faced the following deadlines and obligations to his other clients during the months of April and May:

- Traveling to New Orleans and presenting oral argument in *Jackson v. Wright*, No. 22-40059 (5th Cir.), held on April 3, 2023.

- Drafting and filing a brief in opposition to the plaintiffs' motion to compel and motion for sanctions in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), filed on April 3, 2023.

- Drafting and filing a reply brief in support of motion for preliminary injunction in *Sefelino v. County College of Morris*, No. 2:23-cv-01595-JXN-LDW (D.N.J.), filed on April 4, 2023.

- Drafting and filing a brief in opposition to another plaintiffs' motion to compel and motion for sanctions in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), filed on April 7, 2023.

- Drafting and filing a brief on the merits in *Hensley v. Texas Commission on Judicial Conduct*, No. 21-1145 (Supreme Court of Texas), filed on April 10, 2023.

- Drafting and filing a brief in opposition to a motion to abate in *Stewart v. Texas Tech University Health Sciences Center*, No. 5:23-cv-00007-H (N.D. Tex.), which was filed on April 10, 2023.

- Drafting and filing a motion for stay of preliminary injunction pending appeal in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), filed on April 11, 2023.

- Drafting and filing a brief in opposition to plaintiffs' motion to extend discovery deadlines and amend the scheduling order in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), filed on April 14, 2023.

- Drafting and filing a brief in opposition to a motion for stay pending appeal in *Kelley v. Becerra*, No. 4:20-cv-00283-O (N.D. Tex.), filed on April 17, 2023.

- Meeting with and advising clients in the Texas Capitol during the week of April 17–April 20, 2023.

- Drafting and filing a joint notice to the Court on pending discovery disputes in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), filed on April 25, 2023.

- Drafting and filing a motion for stay of preliminary injunction pending appeal in *Little v. Llano County*, No. 23-50224 (5th Cir.), filed on April 25, 2023.

- Drafting and filing a brief in opposition to a motion to dismiss in *Bolduc v. Amazon.com Inc.*, No. 4:22-cv-00615-ALM (E.D. Tex.), filed on April 26, 2023.

- Drafting and filing a brief in opposition to a motion to strike class-action allegations in *Bolduc v. Amazon.com Inc.*, No. 4:22-cv-00615-ALM (E.D. Tex.), filed on April 26, 2023.

- Drafting and filing a reply brief in support of motion to expedite appeal in *Little v. Llano County*, No. 23-50224 (5th Cir.), filed on April 26, 2023.

- Traveling to, preparing for, and attending a hearing on several motions to compel and other discovery disputes in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), held on April 27, 2023.

- Drafting and filing a brief in opposition to plaintiffs' motion to compel a second deposition of counsel in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), held on April 28, 2023.

- Drafting and filing a reply brief in support of motion for stay of preliminary injunction pending appeal and motion in *Little v. Llano County*, No. 23-50224 (5th Cir.), filed on May 1, 2023.

- Drafting and filing a brief in opposition to a motion for stay pending appeal in *Kelley v. Becerra*, No. 23-10326 (5th Cir.) filed on May 5, 2023.

- Traveling to, preparing for and defending an expert deposition in New York in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), held on May 8, 2023.

- Drafting and filing a motion to compel return of privileged communications in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), filed on May 8, 2023.

- Drafting and filing a motion to stay discovery and further district-court proceedings in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), filed on May 8, 2023.

- Drafting and filing a motion to stay discovery and further district-court proceedings in *Little v. Llano County*, No. 23-50224 (5th Cir.), filed on May 10, 2023.

- A brief in chief in *State ex rel. Torrez v. Board of County Commissioners for Lea County*, No. S-1-SC-39742 (Supreme Court of New Mexico, which was filed on May 10, 2023.

In addition to these responsibilities, the Fifth Circuit yesterday ordered expedited briefing in *Little v. Llano County*, No. 23-50224 (5th Cir.), and the opening brief in that case is due in five days, on May 16, 2023, which forced Mr. Mitchell to begin working on his appellate brief in *Little* this week.

The appellees are requesting this extension because their counsel's workload during the months of April and May has made it difficult, if not impossible, to complete the brief by the current due date. This extension is not being sought for purposes of delay, but so that counsel will have time to prepare a brief that will be helpful to this Court.

Counsel has previously sought and obtained a 15-day extension in this matter, and the current request for an additional 15 days is unopposed.

Thank you for considering this.

Sincerely,

*Jonathan F. Mitchell*

JONATHAN F. MITCHELL
Mitchell Law PLLC
*Counsel for Appellees Susan Neese, et al.*

cc: All counsel (via CM/ECF)