# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 30, 2023

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

    No. 23-10078    Neese v. Becerra
                           USDC No. 2:21-CV-163

Dear Mr. Mitchell,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The brief exceeds the word count limitation and/or the page limitations. See **FED. R. APP. P.** 32(a)(7). You must modify the brief or file a motion for leave to exceed the word count limitation and/or the page limitations. See **FED. R. APP. P.** 27, **5ᵀᴴ CIR. R.** 27.4 and **5ᵀᴴ CIR. R.** 32.4 for motion requirements.

Your motion to file the brief in excess of the word count limitation is pending with the court.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Ms. Alexandra Z. Brodsky
Mr. Charles William Fillmore
Mr. Gene Patrick Hamilton
Mrs. Ashley Cheung Honold
Mr. Christopher Lee Jensen
Mr. Jeremy Samuel Bloch Newman
Mr. Joseph R. Palmore
Mr. Charles Wylie Scarborough
Mr. Brian Walters Stoltz