No. 23-10078

# In the United States Court of Appeals for the Fifth Circuit

---

SUSAN NEESE; JAMES HURLY,

*Plaintiffs-Appellees*,

v.

XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
Case No. 2:21-cv-00163-Z

---

**UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMITS IN APPELLEES' ANSWERING BRIEF**

---

GENE P. HAMILTON
Vice-President and General Counsel
America First Legal Foundation
611 Pennsylvania Avenue SE, #231
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs-Appellees*

The plaintiffs-appellees respectfully move for leave to a file an answering brief of no more than 14,063 words, and they respectfully ask the Court to grant this motion nunc pro tunc. Appellees' counsel had hoped to fit their brief within the normal 13,000-word limit but found it difficult to do so given the numerous justiciability issues that the plaintiffs-appellants had raised, and impossible to do without ignoring or giving short shrift to some of the important justiciability arguments that appear in the appellants' thorough and well-written opening brief. We filed our brief on the deadline of May 26, 2023, and then conferred with opposing counsel, who agreed not to oppose our request for a small and nunc pro tunc extension of the word limit. The appellees therefore respectfully ask the Court to grant their motion for leave to exceed the word limits nunc pro tunc, and to accept the answering brief of 14,063 words that the appellants filed on May 26, 2023.

We have conferred with counsel for the defendants-appellants, and they are unopposed to this motion.

                Respectfully submitted.

                */s/ Jonathan F. Mitchell*
                Jonathan F. Mitchell
                Mitchell Law PLLC
                111 Congress Avenue, Suite 400
                Austin, Texas 78701
                (512) 686-3940 (phone)
                (512) 686-3941 (fax)
                jonathan@mitchell.law

Dated: May 28, 2023                *Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). The motion was prepared in 14-point Equity font, and it contains 180 words.

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I certify that on May 28, 2023, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Charles W. Scarborough
Ashley C. Honold
Appellate Staff Civil Division, Room 7261
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-9018
charles.scarborough@usdoj.gov
ashley.c.honold@usdoj.gov

*Counsel for Defendants-Appellants*

    /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs-Appellees*