# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 06, 2023

Ms. Kara Dansky
2714 Quarry Road, N.W.
Apartment B1
Northwest Washington, DC 20009

    No. 23-10078   Neese v. Becerra
                         USDC No. 2:21-CV-163

Dear Ms. Dansky,

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Renee S. McDonough, Deputy Clerk
                504-310-7673

cc:
    Ms. Alexandra Z. Brodsky
    Mr. Charles William Fillmore
    Mr. Gene Patrick Hamilton
    Mrs. Ashley Cheung Honold
    Mr. Christopher Lee Jensen
    Mr. Jonathan F. Mitchell
    Mr. Jeremy Samuel Bloch Newman
    Mr. Joseph R. Palmore
    Mr. Charles Wylie Scarborough
    Mr. Brian Walters Stoltz