# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 06, 2023

Mr. John J. Bursch
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

    No. 23-10078   Neese v. Becerra
                  USDC No. 2:21-CV-163

Dear Mr. Bursch,

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Ms. Alexandra Z. Brodsky
    Ms. Kara Dansky
    Mr. Charles William Fillmore
    Mr. Gene Patrick Hamilton
    Mrs. Ashley Cheung Honold
    Mr. Christopher Lee Jensen
    Mr. Jonathan F. Mitchell
    Mr. Jeremy Samuel Bloch Newman
    Mr. Joseph R. Palmore
    Mr. Charles Wylie Scarborough
    Mr. Brian Walters Stoltz