# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10078   Neese v. Becerra
                 USDC No. 2:21-CV-163

The court has granted the motion for leave to file Appellees' brief in excess of the word count.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Alexandra Z. Brodsky
Mr. Charles William Fillmore
Mr. Gene Patrick Hamilton
Mrs. Ashley Cheung Honold
Mr. Christopher Lee Jensen
Mr. Jonathan F. Mitchell
Mr. Jeremy Samuel Bloch Newman
Mr. Joseph R. Palmore
Mr. Charles Wylie Scarborough
Mr. Brian Walters Stoltz