# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

June 22, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

Re:   *Braidwood Management Inc. v. EEOC*, No. 22-10145

Dear Mr. Cayce:

The plaintiffs-appellees respectfully advise the Court of the Fifth Circuit's recent decision in *Braidwood Management Inc. v. EEOC*, No. 22-10145. *See* Fed. R. App. P. 28(j).

The Court held that a Christian employer had Article III standing to sue the EEOC over its guidance documents interpreting *Bostock v. Clayton County*, 140 S. Ct. 1731 (2020). The Court allowed the plaintiffs to sue the EEOC even though the EEOC had not yet initiated or threatened enforcement action against those specific plaintiffs, and it held that the "*in terrorem* effects" of the EEOC's regulatory guidance, along with a credible threat of prosecution, were sufficient to confer injury in fact. The relevant discussion appears on pages 10–25 of the slip opinion.

We have attached a copy of the *Braidwood* opinion to this letter.

                                       Respectfully submitted.

                                       /s/ Jonathan F. Mitchell
                                       Jonathan F. Mitchell
                                       Mitchell Law PLLC
                                       111 Congress Avenue, Suite 400
                                       Austin, Texas 78701
                                       (512) 686-3940 (phone)
                                       (512) 686-3941 (fax)
                                       jonathan@mitchell.law

cc: All counsel (via CM/ECF)       *Counsel for Plaintiffs-Appellees*