

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530
202-353-9018

VIA CM/ECF

June 27, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals
Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408s

      RE:    *Neese v. Becerra*, No. 23-10078 (5th Cir.)

Dear Mr. Cayce:

      I am the government attorney with principal responsibility for the above-referenced appeal. I am writing to let you know that I am unavailable for oral argument on the following dates: September 7-8, 2023; December 4-7, 2023. Additionally, I will be presenting argument before this Court in *Apter v. HHS*, No. 22-40802 during the August 7-10, 2023 sitting. If this case is scheduled for argument, I would be grateful if argument could be set for a date that does not fall on one of those dates.

                                       Sincerely,

                                       /s/ *Ashley C. Honold*

                                     Ashley C. Honold

*Attorney, Appellate Staff*
*Civil Division, Room 7261*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 353-9018*
*ashley.c.honold@usdoj.gov*

cc:    Counsel (via CM/ECF)