# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 tel
(512) 686-3941 fax
jonathan@mitchell.law

July 4, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:**   *303 Creative LLC v. Elenis*, No. 21-476 (SCOTUS)

Dear Mr. Cayce:

The plaintiffs-appellees respectfully advise the Court of the Supreme Court's recent decision in *303 Creative LLC v. Elenis*, No. 21-476 (2023). *See* Fed. R. App. P. 28(j). *303 Creative* allowed a Christian website designer to bring a pre-enforcement lawsuit over a public-accommodations statute that prohibits discrimination on account of sexual orientation and gender identity, because she feared that the law might be enforced in a manner that would prohibit her from denying services to those seeking a website that celebrates or promotes same-sex weddings. *See* slip op. at 2–3. The Court allowed this pre-enforcement challenge over the dissenting opinion's objections, *see id.* at 20, and it allowed the lawsuit to proceed even though the designer was not yet offering wedding-related services and had not been threatened or compelled to create an objectionable website, *see id.* at 2.

We have attached a copy of the *303 Creative* opinion to this letter.

    Respectfully submitted.

     /s/ Jonathan F. Mitchell
    Jonathan F. Mitchell
    Mitchell Law PLLC
    111 Congress Avenue, Suite 400
    Austin, Texas 78701
    (512) 686-3940 (phone)
    (512) 686-3941 (fax)
    jonathan@mitchell.law

cc: All counsel (via CM/ECF)       *Counsel for Plaintiffs-Appellees*