# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 15, 2023

No. 23-10078   Neese v. Becerra
USDC No. 2:21-CV-163

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00
a.m. – 5:00 p.m.) that may require the court's immediate attention
should call the emergency duty deputy and inform them of the
filing, even if the matter does not qualify as an emergency under
5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-
442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
    Ms. Alexandra Z. Brodsky
    Mr. John J. Bursch
    Ms. Kara Dansky
    Mr. Charles William Fillmore
    Mr. Gene Patrick Hamilton
    Mrs. Ashley Cheung Honold
    Mr. Christopher Lee Jensen
    Mr. Jonathan F. Mitchell
    Ms. Karen S. Mitchell
    Mr. Jeremy Samuel Bloch Newman
    Mr. Joseph R. Palmore
    Mr. David Peters
    Mr. Charles Wylie Scarborough
    Mr. Brian Walters Stoltz